March 31, 2026

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2104
New York, NY 10007

Re: ***U.S. ex rel. Tarik Ahmed v. Pfizer Inc., et al*, 1:18-CV-00870 (PGG)**
*Joint Letter Motion to Stay Discovery*

Dear Judge Gardephe:

Tris Pharma, Inc. ("Tris"), NextWave Pharmaceuticals ("NextWave"), Ketan Mehta, and Pfizer Inc. ("Pfizer") (collectively "Defendants") and Relator Tarik Ahmed ("Relator") (collectively, the "Parties") write, in advance of the initial conference scheduled for April 7, 2026, at 11:00 am, to respectfully request that the Court stay discovery pursuant to Fed. R. Civ. P. 26(c) pending the outcome of Defendants' forthcoming motions to dismiss the Second Amended Complaint ("SAC").

This case stems from the manufacturing and testing of Quillivant XR ("QXR"), at all relevant times a prescription drug approved by the U.S. Food and Drug Administration ("FDA") to treat attention deficit and hyperactivity disorder ("ADHD"). Relator alleges Defendants violated the False Claims Act ("FCA"), 31 U.S.C. § 3729 et seq., and similar state laws. The United States and various states declined to intervene in this case. Michigan and Indiana declined to intervene at this time. The Texas case splintered off and was brought under Texas State law and resulted in a settlement with no admissions. Dkt. No. 25. Defendants intend to move to dismiss the SAC and file their letters seeking a pre-motion conference by the April 29, 2026 deadline.

The Parties have conferred and agree that, pending decisions on the forthcoming motions to dismiss, a stay would conserve judicial resources, minimize litigation costs, and promote efficiency. Pursuant to Fed. R. Civ. P. 26(c), this Court has discretion to stay discovery pending the outcome of a motion to dismiss when a party shows good cause for the stay. *Anti-Monopoly, Inc. v. Hasbro, Inc.,* No. 94CIV.2120, 1996 WL 101277, at *2 (S.D.N.Y. Mar. 7, 1996) ("the Court has the discretion to stay discovery for 'good cause' . . . where a party has filed . . . a motion to dismiss").

Good cause exists here. From Defendants' perspective, the likelihood of success of the motions to dismiss is high as the case is brought under the Federal False Claims Act, which requires a higher

threshold for the allegations at the motion to dismiss stage (as compared to the Texas State statute governing the Texas lawsuit, at least as interpreted by the Texas Attorney General's Office). Indeed, Defendants' motion to dismiss – if granted – could entirely dispose of the SAC or, at a minimum, may narrow the issues in this case significantly, and the corresponding breadth and burden of discovery. *See Gastineau v. ESPN Inc.*, No. 25 Civ. 2041, 2025 WL 2733155, at *2 (S.D.N.Y. Sept. 24, 2025) (citation omitted) ("[B]ecause the motion to dismiss has the capacity to prune substantially the volume of worthy discovery, such a stay may meaningfully conserve the parties' resources."). From Relator's perspective a favorable ruling on the motions to dismiss will underscore the principles that drove the settlement in the Texas litigation, though that case was brought under the analogous Texas False Claims statute.

For the above-mentioned reasons, the Parties respectfully request that the Court stay discovery until the resolution of Defendants' forthcoming motions to dismiss. Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Laura McLane*
Laura McLane
Mara Theophila
Asseret Frausto
**McDermott Will & Schulte**
200 Clarendon Street, Floor 58
Boston, MA 02116
(617) 535-4000
lmclane@mcdermottlaw.com
mtheophila@mcdermottlaw.com
afrausto@mcdermottlaw.com

*Attorneys for Tris Pharma, Inc., NextWave Pharmaceuticals, Inc., and Ketan Mehta*

*/s/ Samantha Barrett Badlam*
Samantha Barrett Badlam
**Ropes & Gray LLP**
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 508-4600
samantha.badlam@ropesgray.com

Brian R. Blais
**Ropes & Gray LLP**

*/s/ Jason T. Brown*
Jason T. Brown
Patrick S. Almonrode
**Brown LLC**
111 Town Square Place, Suite 400
Jersey City, NJ 07310
(877) 561-0000
jtb@jtblawgroup.com
patalmonrode@jtblawgroup.com

*Counsel for Relator Tarik Ahmed*

1211 Avenue of the Americas
New York, NY 10036
(212) 596-9757
brian.blais@ropesgray.com

*Attorneys for Pfizer Inc.*

CC: Counsel of Record (via ECF)

**CERTIFICATE OF SERVICE**

I, Laura McLane, hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 31, 2026.

*/s/ Laura McLane*
Laura McLane