UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *et al. ex rel.*
TARIK AHMED,

          Plaintiffs,

        - against -

PFIZER INC., TRIS PHARMA, INC., NEXTWAVE
PHARMACEUTICALS, INC., and KETAN MEHTA,

          Defendants.

**ORDER**

18 Civ. 870 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's conference, any party seeking to file a motion to dismiss will file a pre-motion letter describing the grounds for the proposed motion to dismiss, in accordance with this Court's Individual Rules of Practice in Civil Cases, by **April 14, 2026**.

Relator will submit any opposition letter by **April 21, 2026**.

Dated:  New York, New York
       April 7, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge