UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *et al. ex rel.*
TARIK AHMED,

                Plaintiffs,

        - against -

PFIZER INC., TRIS PHARMA, INC., NEXTWAVE
PHARMACEUTICALS, INC., and KETAN MEHTA,

                Defendants.

**ORDER**

18 Civ. 870 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendants seek leave to file motions to dismiss Relator's claims.  (See Defs. Ltrs. (Dkt. Nos. 52, 53))  Briefing concerning Defendants' motions to dismiss will proceed on the following schedule:

    (1)    Defendants' motions are due by **June 4, 2026**.

    (2)    Relator's opposition is due by **June 25, 2026**.

    (3)    Defendants' replies, if any, are due by **July 2, 2026**.

Under Rule IV(C) of this Court's individual rules, the "bundling rule," the parties may not file motions electronically on ECF until the motion is fully briefed.

        The parties' motion to stay discovery pending the Court's decision on the forthcoming motions to dismiss (Dkt. No. 49) is granted.

The Clerk of Court is directed to terminate the motions (Dkt. Nos. 49, 52, 53)

Dated: New York, New York
      May 13, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge