ROPES & GRAY LLP
2099 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20006-6807
WWW.ROPESGRAY.COM

August 5, 2026

Samantha Barrett Badlam
T +1 202 508 4734
samantha.badlam@ropesgray.com

**MEMO ENDORSED:** The application is granted. The conference currently scheduled for August 13, 2026, is adjourned to August 20, 2026, at 11:00 a.m.

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: August 7, 2026

**VIA ECF**

The Honorable Paul G. Gardephe U.S.D.J.
U.S. District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2104
New York, NY 10007

Re: ***U.S. ex rel. Tarik Ahmed v. Pfizer Inc., et al*, 18-CV-870 (PGG)**
*Joint Letter Requesting Rescheduling of Pre-Motion Conference to August 19 or August 20*

Dear Judge Gardephe:

Pursuant to Local Rule 7.1(e) and Rule I(A) of Your Honor's Individual Rules of Practice, Defendants Pfizer Inc., Tris Pharma, Inc., Nextwave Pharmaceuticals, Inc., and Ketan Mehta (collectively, "Defendants"); and Relator Tarik Ahmed ("Relator") (collectively, the "Parties") jointly request to reschedule the Pre-Motion Conference that is currently set for August 13, 2026 (ECF No. 71). The Parties request to reschedule the Pre-Motion Conference to either August 19th or August 20th. Principal trial counsel for Defendants are unavailable to attend the Pre-Motion Conference on August 13, 2026 due to pre-existing personal and professional scheduling conflicts. The Parties have conferred and made a good faith effort to identify dates that work for all principal counsel. The Parties have identified August 19th or August 20th as the next available dates that work for all Parties and therefore respectfully propose that Your Honor reschedule the Pre-Motion Conference for one of those dates. To the extent those dates are unavailable or inconvenient for the Court, the Parties are happy to propose alternative dates.

Respectfully submitted,

_/s/ Samantha Barrett Badlam_
Samantha Barrett Badlam
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 508-4600
samantha.badlam@ropesgray.com
*Attorneys for Pfizer Inc.*

Brian R. Blais
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
(212) 596-9757
brian.blais@ropesgray.com

*Attorneys for Pfizer Inc.*

_/s/ Patrick S. Almonrode_
Patrick S. Almonrode
Jason T. Brown
**BROWN LLC**
111 Town Square Place, Suite 400
Jersey City, NJ 07310
(877) 561-0000
jtb@jtblawgroup.com
patalmonrode@jtblawgroup.com
*Attorneys for Relator Tarik Ahmed*

_/s/ Laura McLane_
Laura McLane
Mara Theophila
Asseret Frausto
**MCDERMOTT WILL & SCHULTE**
200 Clarendon Street, Floor 58
Boston, MA 02116
(617) 535-4000
mtheophila@mcdermottlaw.com
lmclane@mcdermottlaw.com
afrausto@mcdermottlaw.com

*Attorneys for Tris Pharma, Inc., Nextwave Pharmaceuticals, Inc., and Ketan Mehta*