**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA EX REL. TARIK AHMED,<br>Plaintiffs,<br>v.<br>PFIZER INC., TRIS PHARMA, INC., NEXTWAVE PHARMACEUTICALS, INC., AND KETAN MEHTA,<br>Defendants. | Case No. 1:18-cv-00870-PGG<br>The Honorable Paul G. Gardephe<br>**NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated June 4, 2026 and the Declaration of Samantha Barrett Badlam dated June 4, 2026 and the attached exhibits, Defendant Pfizer Inc. ("Pfizer") will move this Court, before the Honorable Paul G. Gardephe, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at such date and time as the Court determines, for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing, with prejudice and without leave to amend, the Second Amended Complaint.

Dated: June 4, 2026 Respectfully submitted,

By: */s/ Samantha Barrett Badlam*
Samantha Barrett Badlam *(admitted pro hac vice)*
2099 Pennsylvania Avenue, NW
Washington, D.C. US 20006
Telephone: (202) 508-4734
Facsimile: (202) 383-8387
Email: samantha.badlam@ropesgray.com

Brian R. Blais
1211 Avenue of the Americas
New York, NY US 10036
Telephone: (212) 596-9757
Facsimile: (646) 728-1822
Email: brian.blais@ropesgray.com
**ROPES & GRAY LLP**

*Counsel for Defendant Pfizer Inc.*