UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *et al. ex rel.* TARIK AHMED,

Plaintiffs,

- against -

PFIZER INC., TRIS PHARMA, INC., NEXTWAVE PHARMACEUTICALS, INC., and KETAN MEHTA,

Defendants.

**ORDER**

18 Civ. 870 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's conference, Relator seeks leave to amend the Second Amended Complaint ("SAC"). (See SAC (Dkt. No. 34); Relator Br. (Dkt. No. 70)) Defendants' opposition briefs are due on **September 3, 2026**. Relator's response is due on **September 17, 2026**.

Dated: New York, New York
August 20, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge